UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| CASEY SOBBERI, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:16-CV-60 SNLJ |
| MATTHEW HOWARD, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for extension of time to pay the initial partial filing fee of $45.61. Plaintiff seeks several additional weeks to pay the filing fee, which is due on October 12, 2016. The Court will grant plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to pay his initial partial filing fee of $45.61 [Doc. #16] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall pay his initial partial filing fee of $45.61 no later than **November 12, 2016**. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

**IT IS FURTHER ORDERED** that if plaintiff fails to pay the initial partial filing fee within thirty (30) days of the date of this Order, then this case will be dismissed without prejudice.

Dated this 28th day of September, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE