UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CASEY SOBBERI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:16CV60 SNLJ |
| | ) |
| MATTHEW HOWARD, | ) |
| | ) |
| Defendant. | ) |

**<u>MEMORANDUM and ORDER</u>**

On March 19, 2019, this Court ordered defendant to report to the Court regarding plaintiff's housing status and his access to legal materials. Counsel was also ordered to propose new deadlines for discovery and dispositive motions based on plaintiff's ability to access his legal materials.

Defendant filed his responsive memorandum on April 2 and reported that plaintiff is in Administrative Segregation ("AdSeg") and that he is permitted to have approximately 3,000 pages of legal documents with him in AdSeg. Plaintiff is able to make exchanges of documents should he have additional documents in storage while he is in AdSeg.

Plaintiff next filed another motion for temporary restraining order (#67), this time stating that the Jefferson City Correctional Center ("JCCC") had thrown away all of his legal documents pertaining to this case. He seeks an order against JCCC and its officers, case managers, wardens, and unidentified others "so that my legal materials stop disappearing." He wants an order requiring JCCC to make him another copy of his

1

complete medical and mental health file at no charge; barring that, he asks for an order requiring the Attorney General (who represents defendant in this case) to do so.

This Court has no jurisdiction over JCCC or its officers, case managers, and wardens because they are not parties to this case. This Court does have jurisdiction over defendant Howard (although it is unclear whether he is still employed by the Missouri Department of Corrections). To the extent defendant Howard and/or his attorneys have custody or control over plaintiff's complete medical and mental health file, they shall provide a copy of it to the plaintiff.

Next, the Court addresses defendant Howard's proposed schedule for the continuation of this case. The Court will adopt the schedule as set forth below.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's motion for temporary restraining order (#67) against JCCC is DENIED.

IT IS FURTHER ORDERED that defendant shall provide to plaintiff a copy of plaintiff's complete medical and mental health file by June 24, 2019, and counsel for defendant shall verify with JCCC that the file was actually received by the plaintiff.

IT IS FINALLY ORDERED that the following deadlines shall be set:

All discovery shall be completed by July 1, 2019.

Dispositive motions shall be filed by August 1, 2019.

Any responses and replies to dispositive motions shall be filed on July 29 and August 13, respectively.

Dated this  4th  day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE